> Application granted.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 3, 2025

MATTHEW SHEPPE
STEPHEN FRIEDMAN
AMIR KORNBLUM
DORAN GOLUBTCHIK
ERIC J. VARDI

HOWARD R. REISS – RETIRED SENIOR COUNSEL

ELLIOT WEISELBERG

[AVENUE, FLOOR 19]
[W YORK 10017]
[12) 753-2424]
[731]

June 3, 2025

BY ECF

Hon. Philip M. Halpern
Hon. Charles L. Brieant Jr. Federal Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    re:    Adam's Apple Fruits & Vegetables LLC v. Shefa Appetizing, Inc., et al.
              (25-CV-02156 (PMH))

Dear Judge Halpern:

      We represent Plaintiff Adam's Apple Fruits & Vegetables LLC ("Plaintiff") in the above referenced matter and write to respectfully request that the Court grant a short extension of time of the June 5, 2025 deadline set in the Court's May 22, 2025 Order (ECF No. 24) for Plaintiff to move for a default judgment against defendants who had been served with the Complaint, as after having difficulty locating him, the last defendant, Shlomo Kohen, was served on May 21, 2025 and his time to respond to the Complaint expires on June 11, 2025.

      Given none of the other defendants have responded at all to the Complaint, Plaintiff anticipates that Mr. Kohen also will not respond to the Complaint and that Plaintiff will have to move for a default judgment against him as well.

      Accordingly, in an effort to promote efficiency for the Court and Plaintiff, Plaintiff respectfully requests that the Court extend the time for Plaintiff to move for a default judgment against all defendants as follows:

- Plaintiff will move for a clerk's certificate of default against Shlomo Kohen (assuming he does not respond to the Complaint) no later than June 16, 2025; and

Hon. Philip M. Halpern
June 3, 2025
Page 2 of 2

- Plaintiff will file an order to show cause for a default judgment, pursuant to the Court's Individual Practices, no later than five (5) business days after receiving the Clerk's certificate of default.

If for some reason Shlomo Kohen does respond to the Complaint, then Plaintiff will file its order to show cause for a default judgment against the other defendants within five (5) business days after Shlomo Kohen's response to the Complaint.

    Accordingly, Plaintiff respectfully requests that the Court So Order the above deadlines for Plaintiff to move for a default judgment against the Defendants. Plaintiff has made no prior requests for this relief. In the event the Court is not inclined to grant this request, Plaintiff is prepared to file its order to show cause against the other Defendants aside from Shlomo Kohen by the Court ordered deadline of June 5, 2025.

                                               Respectfully submitted

                                               Matthew Sheppe

4902-0397-1401, v. 1