

ATTORNEYS AT LAW

MATTHEW SHEPPE
STEPHEN FRIEDMAN
AMIR KORNBLUM
DORAN GOLUBTCHIK
ERIC J. VARDI

HOWARD R. REISS – RETIRED SENIOR COUNSEL

ELLIOT WEISELBERG

425 MADISON AVENUE, FLOOR 19
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 753-2424

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        July 2, 2025

BY ECF

Hon. Philip M. Halpern
Hon. Charles L. Brieant Jr. Federal Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    re:   Adam's Apple Fruits & Vegetables LLC v. Shefa Appetizing, Inc., et al.
           (25-CV-02156 (PMH))

Dear Judge Halpern:

    We represent Plaintiff Adam's Apple Fruits & Vegetables LLC ("Plaintiff") in the above referenced matter and write to request until July 18, 2025 for the parties to execute settlement agreements which written terms have now been agreed upon.

    As the Court may recall, Plaintiff was supposed to move by order to show cause for a default judgment against the Defendants by Monday, June 23, 2025. On June 20, 2025, Plaintiff wrote to the Court to advise it that the parties had settled their dispute and to request two additional weeks for the parties to memorialize their agreement (ECF No. 34), which request the Court granted (ECF No. 35).

    The parties have now agreed upon the terms of a written settlement agreement and are just going about collecting the various signatures, some of which will take some additional time given that one of the defendants apparently no longer regularly goes to the office. Plaintiff believes that the additional 11 days should be sufficient time for all parties to execute the settlement agreement and for Plaintiff to file a stipulation of dismissal.

    Accordingly, we respectfully request that the aforementioned July 7, 2025 deadline be adjourned until July 18, 2025 by which time Plaintiff will either have filed a stipulation of dismissal or, in the event

Hon. Philip M. Halpern
July 2, 2025
Page 2 of 2

that the defendants do not execute the settlement agreement for some reason, Plaintiff will move by order to show cause for a default judgment against the defendants.

                                                Respectfully submitted

                                                Matthew Sheppe